IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON SHOOK,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:15-CV-491-DS<br><br>District Judge David Sam |

      Plaintiff, Jason Shook, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated May 15, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

      Plaintiff has not since amended the Complaint. The Court last heard from Plaintiff on October 26, 2015, when he filed a change of address.

      **IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute

this case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 20th day of July, 2017.

BY THE COURT:

*David Sam*

JUDGE DAVID SAM
United States District Court